# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT M LOVE
         DBA: LOVE'S QUALITY CONSTRUCTION,
LLC, DBA CUSTOM HOME AND
REMODELING CENTER
JODY ANN LOVE
AKA: JODY A LOVE
         Debtor(s)

                          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant                CASE NO: 5-18-05250-HWV

     vs.

ROBERT M LOVE
         DBA: LOVE'S QUALITY CONSTRUCTION,
LLC, DBA CUSTOM HOME AND
REMODELING CENTER JODY ANN LOVE
AKA: JODY A LOVE
         Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on June 3, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   June 3, 2021             Respectfully submitted,

                                   /s/   Agatha R. McHale, Esquire
                                   ID:  47613
                                   Attorney for Movant
                                   Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee
                                   8125 Adams Drive, Suite A
                                   Hummelstown, PA 17036
                                   Phone:  (717) 566-6097
                                   Fax:  (717) 566-8313
                                   eMail:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ROBERT M LOVE
          DBA: LOVE'S QUALITY
          CONSTRUCTION, LLC, DBA CUSTOM
          HOME AND REMODELING CENTER      CHAPTER 13
          JODY ANN LOVE
          AKA: JODY A LOVE

                Debtor(s)            CASE NO: 5-18-05250-HWV

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                Movant

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        July 1, 2021 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 27840.00**
**AMOUNT DUE FOR THIS MONTH: $1080.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $28920.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to:
      **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to

be applied.

2.      You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.      You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

Dated:  June 3, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT M LOVE
      DBA: LOVE'S QUALITY
     CONSTRUCTION, LLC, DBA
     CUSTOM HOME AND
     REMODELING CENTER        CHAPTER 13
     JODY ANN LOVE
     AKA: JODY A LOVE

            Debtor(s)        CASE NO: 5-18-05250-HWV

     JACK N. ZAHAROPOULOS
     CHAPTER 13 TRUSTEE
         Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 3, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

### Served Electronically

DANIEL J. RHEAM, ESQUIRE         UNITED STATES TRUSTEE
533 NORTH DERR DRIVE           SUITE 1190
LEWISBURG, PA  17837-            228 WALNUT STREET
                                HARRISBURG, PA  17101

### Served by First Class Mail

ROBERT M LOVE
JODY ANN LOVE
33 WALNUT LANE
MILLVILLE, PA  17846

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 3, 2021          Bobbie Weigel
                        for Jack N. Zaharopoulos, Trustee
                        Suite A, 8125 Adams Dr.
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097
                        eMail: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT M LOVE
DBA: LOVE'S QUALITY
CONSTRUCTION, LLC, DBA
CUSTOM HOME AND REMODELING
CENTER
JODY ANN LOVE
AKA: JODY A LOVE

                                                       CHAPTER 13

          Debtor(s)

    JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant                        CASE NO: 5-18-05250-HWV

    vs.

    ROBERT M LOVE                        MOTION TO DISMISS
DBA: LOVE'S QUALITY
CONSTRUCTION, LLC, DBA
CUSTOM HOME AND REMODELING
CENTER
JODY ANN LOVE
AKA: JODY A LOVE

## <u>ORDER DISMSSING CASE</u>

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.