


# Weaver's Auction Service
# AUCTION AGREEMENT
17696 Russell Road, Allenwood, Pa. 17810
Phone [570] 538-2227

Agreement Date: _June 28, 2021_ Between Seller: _Bob Love (Robert)_
Of _2312 Main St. Watsontown (Dewart) Pa 17777_
And Auctioneers Michael P. Weaver and, or David M. Weaver of Weaver's Auction Service of Allenwood, Pa.17810.

## Terms and Conditions

Both Parties agree that Weaver's Auction Service will act as the Sellers agent and conduct a public auction of Personal and or Real Estate Property. The auction will be held on [Date]: _Tuesday August 3, 2021_ at [Time]: _6:00 PM_. Location Address: _2312 Main St Watsontown PA 17777_
If the auction is postponed for any reason beyond either parties control, the auction will take place at a date agreeable to both parties. The seller agrees to turn over, deliver and make available the items listed on the auction flyer to be sold at public auction. The Seller affirms that they have good title and right to sell the said property at auction and are free and clear of any liens or encumbrances. No item shall be withdrawn or sold prior to the auction, except by mutual consent of both Seller and Auctioneer. If an item is sold or withdrawn from the auction after item has been advertised, a 15 % appraised value of that item or items will be charged to the sellers cost at settlement at the discretion of the auctioneer.. It is the Sellers intent to transfer ownership of the said property to the highest bidder at absolute auction, except those items specified in writing by the Seller to have a reserve bid prior to advertising the said auction. Weaver's Auction Service will be responsible for the collection of payments made by cash or check. Weaver's Auction Service will accept absentee bids only by a case by case basis and at the discretion of the auctioneers.

## Professional Fees and Charges
### Auctioneer Commissions For Personal Property:

Personal Property ____% -Farm Machinery ___%- Autos ___%- Other: _____ @ ___%

Auction Clerk[s] $_____ per /hr   Auction Cashier[s] $_____ per/ hr
Other Auction Staff Workers [as needed by seller] $_____ per / hr
Auction Site Clean up will be done by Seller / Auctioneer.
[ If by Auctioneer Labor and Disposal fees will be charged at $_____ per hr/ per man Plus any Disposal fees ]

## REAL ESTATE COMMISSIONS

[ ] Absolute Auction/ No Reserve Price @ ___% of sale price-Auctioneer Commission
[ ] Absolute Auction Sale at or Above $_____ Dollars @ ___% Auctioneer Commission
[ ] Subject to Sellers Confirmation and Acceptance of a Reserve Price Of $_TBD_ Dollars @ _3_ % Commission   _$100,000.00_
[ ] Real Estate No Sale Fee of $_____ Dollars if the said property is not sold at auction

## ADVERTISING and EXPENSES

ADVERTISING EXPENSES: the seller will pay Advertising Expenses at time of settlement, from auction proceeds. Auction ads to be placed by the auctioneer will include: _All Paper + Internet Ads To Be Paid At Settlement_

MISC. EXPENSES:
Tent[s]: _N/A_   Job Johnny _N/A_
Lunch Stand to be provided by: Auctioneer _N/A_ or Seller _N/A_
Weavers Auction Service will turn over to the seller all sales receipts and records not including Buyers Registration and phone numbers due to confidential and private numbers of certain buyers within _____ Days of auction.

AUCTIONEER: _[signature]_

SELLER: _[signature] Robert M Love_

Weaver's Auction Service
Licensed and Bonded in Pennsylvania- Pennsylvania License # AU002180-L / AU006063-L

_Down Deposit $5,000.00 / Balance in 45 Days_