COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
STATE BOARD OF AUCTIONEER EXAMINERS
P. O. BOX 2649
HARRISBURG, PENNSYLVANIA 17105-2649
717-783-3397

BOND # PA 5777
EFFECTIVE DATE February 28, 2007

# BOND

KNOW ALL PERSONS BY THESE PRESENTS, that the application for **Auctioneer** (Auctioneer/Apprentice/Company/House)

**Michael P Weaver** a/an **Individual** (Individual/Association/Partnership/Corporation), with business located at
Name of Applicant

**17696 Russell Rd**
Street

**Allenwood** **Pennsylvania** **17810-9159**
City State Zip Code

as PRINCIPAL, and **Merchants Bonding Company (Mutual)** with a Certificate of Authority from the
Name of Surety Company

Pennsylvania Insurance Department and located at **2100 Fleur Drive**
Street

**Des Moines** **Iowa** **50321-1158**
City State Zip Code

as SURETY, are held firmly bound unto the Commonwealth of Pennsylvania in the sum of $5,000 (Five Thousand Dollars) lawful money of the United States of America, to be made payable to the said Commonwealth, for the use of the Commonwealth, its attorney or assigns, or any person or persons who may have a cause of action under the Auctioneer and Auction Licensing Act (Act 85 of December 22, 1983), to which payment will and truly to be made, we do hereby bind ourselves, jointly and severally our heirs, executors, administrators, successors and assigns firmly by these presents. This agreement will continue in effect until written notification of cancellation by surety.

SIGNED SEALED AND DELIVERED THIS **28th** DAY OF **August** 20 **07**

WHEREAS, the above-bounded Principal desires to operate or conduct the business of **Auctioneer**
Auctioneer/Apprentice/Auction Company/Auction House/Special License Applicant

within the Commonwealth in accordance with the provisions of the Auctioneer and Auction Licensing Act and the rules and regulations adopted under and pursuant thereto.

NOW, THEREFORE, the condition of this obligation is such that if upon and after issuance of such license the above-bounded Principal shall fully and faithfully observe the provisions of all the laws of this Commonwealth and the rules and regulations promulgated by the State Board of Auctioneer Examiners as a licensee then this obligation shall be void; otherwise, it shall remain in full force, virtue and effect.

And, the obligors, jointly and severally, for themselves, their heirs, executors, administrators, successors and assigns, do agree with the Commonwealth that upon violation of the said Act, and the rules and regulations promulgated by the State Board of Auctioneer Examiners, or the applicable rules and regulations of the Department, Board or Commission of the Commonwealth thereunder or of any laws of this Commonwealth, and upon the revocation of the licensure and upon forfeiture of the bond, aforesaid, or upon the recovery of a judgment and in execution of that judgment on the bond, as specified at §13(c) of the Act, for any such violation during the continuance of such license, the full amount of this bond shall be due and payable.

And we, and each of us, do hereby confess judgment against us and each of us for the penal sum of $5,000 (Five Thousand Dollars), with cost of suit and release of all errors, without stay of execution, waiving inquisition and condemnation of any real estate, and we, and each of us, do hereby waive the benefit of any law or laws now in force, or which may hereafter become a force exempting property from levy and sale upon execution, and we do hereby empower any attorney, or the Prothonotary, of any Court of Record within this Commonwealth or elsewhere, to appear for us and each of us, to confess judgment as expressed, and for the entering of such judgment and so doing this shall be sufficient warrant; a copy of bond being filed in said action, it shall be necessary to file the original as a warrant, any law or rule of Court notwithstanding.

LP 1610 PA (2/07)

| INDIVIDUAL | WITNESS |
|---|---|
| ✓ | ✓ |
| SIGNATURE OF PRINCIPAL Michael P. Weaver | |

**ASSOCIATION/CORPORATION/PARTNERSHIP**

NAME OF BUSINESS

BY _____
NAME OF OFFICER          SIGNATURE OF OFFICER

**SURETY:**

Merchants Bonding Company (Mutual)
NAME OF SURETY COMPANY

2100 Fleur Drive
STREET ADDRESS OF ATTORNEY-IN-FACT

Des Moines    IA    50321-1158
CITY    STATE    ZIP CODE

/SIGNATURE OF SURETY
Nadine R. Weilersbacher
Attorney-in-Fact

(BUSINESS SEAL)

CERTIFIED COPY OF POWER OF ATTORNEY NOMINATING, CONSTITUTING AND APPOINTING SAID ATTORNEY-IN-FACT FOR SAID CORPORATE SURETY MUST BE ATTACHED HERETO. DATE OF SAID CERTIFICATION AND DATE OF EXECUTION OF BOND MUST AGREE.

---

## CONSENT OF NONRESIDENT LICENSEE

Whereas, the Auctioneer and Auction Licensing Act in the Commonwealth of Pennsylvania requires that a nonresident licensee of the State Board of Auctioneer Examiners files a consent that suits and other legal actions may be commenced against a licensee in the proper court of any county of the Commonwealth in which a cause of action may arise or in which a plaintiff may reside.

Now witnesseth, that the undersigned _____
                                    Name of Applicant

of _____
                         Street

_____    _____  _____
    City                                   State     Zip Code

an _____, hereby consents to the commencement of suits and other legal actions
    Type of License

against the licensee in and county of the Commonwealth in which a cause of action may arise or in which a plaintiff may reside by service of any process of pleading authorized by the laws of the Commonwealth or the Secretary of the Commonwealth of Pennsylvania; and

That the undersigned stipulates and agrees that service of process or pleading as aforesaid on the Secretary of the Commonwealth, shall be taken and held in all courts to be as valid and binding as if due service had been made upon the undersigned within the Commonwealth of Pennsylvania; and

That the undersigned intends that this consent shall be and hereby is irrevocable.

State of _____    County of _____

SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____, 20___

MY COMMISSION EXPIRES: _____

_____      _____
Signature of Notary                                      Signature of Applicant

4/05



# MERCHANTS BONDING COMPANY
## POWER OF ATTORNEY

Know All Persons By These Presents, that the MERCHANTS BONDING COMPANY (MUTUAL), a corporation duly organized under the laws of the State of Iowa, and having its principal office in the City of Des Moines, County of Polk, State of Iowa, hath made, constituted and appointed, and does by these presents make, constitute and appoint

Tod E. Aronson, Edna Mae Fine, Charles R. Croyle, Gregory J. Magnus,
Marcie L. Barlow, Georganne Yandura, Nadine R. Weilersbacher

of Pittsburgh and State of Pennsylvania its true and lawful Attorney-in-Fact, with full power and authority hereby conferred in its name, place and stead, to sign, execute, acknowledge and deliver in its behalf as surety any and all bonds, undertakings, recognizances or other written obligations in the nature thereof, subject to the limitation that any such instrument shall not exceed the amount of:

**ONE HUNDRED THOUSAND ($100,000.00) DOLLARS**

and to bind the MERCHANTS BONDING COMPANY (MUTUAL) thereby as fully and to the same extent as if such bond or undertaking was signed by the duly authorized officers of the MERCHANTS BONDING COMPANY (MUTUAL), and all the acts of said Attorney-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This Power-of-Attorney is made and executed pursuant to and by authority of the following Amended Substituted and Restated By-Laws adopted by the Board of Directors of the MERCHANTS BONDING COMPANY (MUTUAL) on November 16, 2002.

ARTICLE II, SECTION 8 - The Chairman of the Board or President or any Vice President or Secretary shall have power and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the Seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof.

ARTICLE II, SECTION 9 - The signature of any authorized officer and the Seal of the Company may be affixed by facsimile to any Power of Attorney or Certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the Company, and such signature and seal when so used shall have the same force and effect as though manually fixed.

In Witness Whereof, MERCHANTS BONDING COMPANY (MUTUAL) has caused these presents to be signed by its President and its corporate seal to be hereto affixed, this 17th day of September, 2010.

MERCHANTS BONDING COMPANY (MUTUAL)

By *Larry Taylor*
President

STATE OF IOWA
COUNTY OF POLK ss.

On this 17th day of September, 2010, before me appeared Larry Taylor, to me personally known, who being by me duly sworn did say that he is President of the MERCHANTS BONDING COMPANY (MUTUAL), the corporation described in the foregoing instrument, and that the Seal affixed to the said instrument is the Corporate Seal of the said Corporation and that the said instrument was signed and sealed in behalf of said Corporation by authority of its Board of Directors.

In Testimony Whereof, I have hereunto set my hand and affixed my Official Seal at the City of Des Moines, Iowa, the day and year first above written.



CINDY SMYTH
Commission Number 173504
My Commission Expires
March 16, 2012

*Cindy Smyth*
Notary Public, Polk County, Iowa

STATE OF IOWA
COUNTY OF POLK ss.

I, William Warner, Jr., Secretary of the MERCHANTS BONDING COMPANY (MUTUAL), do hereby certify that the above and foregoing is a true and correct copy of the POWER-OF-ATTORNEY executed by said MERCHANTS BONDING COMPANY (MUTUAL), which is still in full force and effect and has not been amended or revoked.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Company on this 28th day of August, 2007.

*William Warner Jr.*
Secretary

POA 0001 (1/09)



**E. R. MUNRO & COMPANY**
*bonds and insurance*

One Gateway Center, Suite 400
420 Fort Duquesne Boulevard
Pittsburgh, PA 15222-1460
Phone: 877-376-8676
Fax: 412-281-6195
Email: info@ermunro.com

------------------RECEIPT----------------

| Customer | Michael P Weaver |
|---|---|
| Date | January 20, 2021 |
| Customer | E. R. Munro and Company |
| Service | E. R. Munro and Company |
| Page | 1 of 1 |

Michael P Weaver
17696 Russell Road
Allenwood, PA 17810-9159

| Payment Information | |
|---|---|
| Invoice Summary | |
| Payment Amount | |
| Payment for: | |
| PA 5777 | |

Customer: Michael P Weaver

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 165271 | 2/28/2021 | Renew Bond | Policy #PA 5777   02/28/2021 - 02/28/2023<br>Merchants Bonding Company<br>Auctioneer PA -$5,000 Bond – 2 Year Term<br><br>RECEIPT – BOND PREMIUM IS PAID IN FULL<br>Received Check #7699 dated 01/12/2021<br><br>Your bond is continuous. This is proof your bond has been renewed.<br><br>**Please remember to renew your license with the PA State Board of Auctioneer Examiners.**<br>*https://www.pals.pa.gov/*<br><br>*You will need your bond number. To avoid rejection, do not add any extra symbols (#/./-) or information when entering your bond information into the PALS system. Please list only the letters and numbers associated with your bond number.*<br><br>**Your Bond Number: PA 5777** | $75.00 |

Thank you. We appreciate your business!

| | Total |
|---|---|
| | $75.00 |