United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                 Case No. 18-05250-MJC
Robert M Love                                       Chapter 13
Jody Ann Love
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                          Page 1 of 2
Date Rcvd: Sep 29, 2021                      Form ID: pdf010                      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Milton Regional Sewer Authority, Managing Officer, 5585 PA-405, Milton PA 17847 |
| ++ | NORTHUMBERLAND COUNTY TAX CLAIM BUREAU, 399 STADIUM DRIVE, SUNBURY PA 17801-3201 address filed with court:, Northumberland County Tax Claim Bureau, Managing Officer, 399 Stadium Drive, Sunbury PA 17801 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: bankruptcy@bbandt.com | Sep 29 2021 18:55:00 | Branch Banking & Trust Company, Managing Officer, Bankruptcy Section, P O Box 1847, 100-50-01-51, Wilson NC 27894 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021                          Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J. Rheam | on behalf of Debtor 2 Jody Ann Love court@rheamlaw.com |
| Daniel J. Rheam | on behalf of Debtor 1 Robert M Love court@rheamlaw.com |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Peter E Meltzer | on behalf of Creditor BRANCH BANKING & TRUST COMPANY bankruptcy@wglaw.com ibernatski@wglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| Robert Joseph Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Philip Carlucci | on behalf of Creditor Martin and Tami Golder wcarlucci@elionlaw.com wcarlucci@elionwayne.com |
| William Philip Carlucci | on behalf of Creditor Martin and Tami Love wcarlucci@elionlaw.com wcarlucci@elionwayne.com |

TOTAL: 15

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT M. LOVE | : | |
| JODY ANN LOVE | : | CASE NO. 5:18-bk-05250 |
| Aka JODY A. LOVE | : | |
| Movant(s) | : | |
| | : | CHAPTER 13 |
| vs. | : | |
| | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE, | : | |
| BRANCH BANKING & TRUST COMPANY, | : | |
| NORTHUMBERLAND COUNTY TAX | : | |
| CLAIM BUREAU, | : | |
| MILTON REGIONAL SEWER AUTHORITY | : | |
| Respondent(s) | : | |

# ORDER

The Motion to Approve Sale is granted and Movants may sell Movants' property at 2312 Main Street, Watsontown, Pennsylvania "more particularly described on Exhibit "A" attached hereto".

**PROCEEDS WILL BE DISTRIBUTED AS FOLLOWS:**

The proceeds of the sale and purchase would be as follows:

a) Attorney Fees to Rheam Law, P.C. in the amount of $1,200.00 for services related to the transfer.

b) Seller's share of transfer taxes (1%), ALL REAL ESTATE TAXES, SCHOOL TAXES, AND MUNICIPAL LIENS OF RECORD attaching to this property, and any other actual expense of the transfer.

c) Auctioneer Sales Commission- 3%

d) All County and School Taxes will be paid in full.

e) All Miscellaneous Closing Fees will be paid in full; rents to be pro-rated and security deposits transferred.

f) Mortgage debt to Branch Banking & Trust Company will be paid in full.

g) Net balance of proceeds to be paid to Jack N. Zaharopoulos, Trustee for distribution under Debtors/Movants Chapter 13 Plan.

Dated: September 28, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)

# EXHIBIT A

ALL THAT CERTAIN piece, parcel and lot of land situate in the Township of Delaware, County of Northumberland, and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

## PARCEL #1:

BEGINNING at a point on the Southern line of Pennsylvania State Highway Route No. T-715(Springtown Road), leading from Dewart to Springtown, corner of lands now or formerly of William L. Spencer and Mary Ellen Spencer, his wife, and lands now or formerly of Walter Albertson; THENCE along the Eastern line of lands now or formerly of the said Walter Albertson, SOUTH SIXTEEN (16) DEGREES EAST, ONE HUNDRED FIFTY (150) FEET to a point on the Northern line of Lot No. 21, now or formerly in the tenure of Doyle O. Deitrick et ux; THENCE at right angles thereto in an Easterly direction along the said Northern line of Lot No. 21, ONE HUNDRED TWENTY-FIVE (125) FEET to a point on the Western line of a Thirty (30) foot driveway; THENCE along the Western line of the said Thirty (30) Foot driveway, NORTH SIXTEEN (16) DEGREES WEST, ONE HUNDRED SIXTY (160) FEET to a point on the Southern line of Pennsylvania State Highway Route No. T-715 (Springtown Road) aforementioned; THENCE along said Southern Highway line, SOUTH SEVENTY-ONE (71) DEGREES WEST, ONE HUNDRED TWENTY-FIVE (125) FEET, more or less, to the point or place of BEGINNING and being Lot No. 22 as marked and numbered on the Plan of the William Spencer Development, prepared by Mason S. Wagner, R.E., in February, 1952, which Plan was recorded in Northumberland County, PA, on August 31, 1954, in Charter Book 7, Page 168. There is erected on the above described parcel of land a two-story block and frame building.

EXCEPTING AND RESERVING, THEREFROM, ALL THAT CERTAIN piece, parcel and lot of land situate in the Township of Delaware, County of Northumberland, and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a point on the Southern line of Pennsylvania State Highway Route No. T-715 (Springtown Road), leading from Dewart to Springtown, being the intersection of the Western line of a Thirty (30) Foot driveway and the Southern line of said Pennsylvania State Highway Route No. T-715 (Springtown Road), leading from Dewart to Springtown; THENCE along the said Western line of said Thirty (30) Foot driveway, SOUTH SIXTEEN (16) DEGREES EAST, ONE HUNDRED FORTY (140.0) FEET to a point; THENCE in a westerly direction at right angles thereto and in a line parallel with the Northern line of Lot No. 21, now or formerly in the tenure of Doyle O. Deitrick et ux., EIGHTY (80.0) FEET to a point; THENCE along the remaining portion of Lot No. 22 (of which this parcel is a part), NORTH SIXTEEN (16) DEGREES WEST, ONE HUNDRED THIRTY-THREE AND SIX TENTHS (133.6) FEET, more or less, to a point on the Southern line of said State Highway aforementioned; THENCE along said Southern line of said State Highway, NORTH SEVENTY-ONE (71) DEGREES EAST, EIGHTY (80.0) FEET, more or less, to the point or place of BEGINNING and being a part of Lot No. 22 AS MARKED AND NUMBERED ON THE Plan of the William Spencer Development, prepared by Mason S. Wagner, R.E., in February, 1952, which Plan was recorded in Northumberland County, PA, on August 31, 1954, in Charter Book 7, Page 168.

**ALSO, ALL THAT CERTAIN** piece, parcel and lot of land situate in the Village of Dewart, Township of Delaware, County of Northumberland, and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

**PARCEL #2:**

**BEGINNING** at a point in the middle of Main Street in the dividing line between the property herein conveyed and the property now or formerly of Hurley Remley; THENCE in a westerly direction along the centerline of Main Street, FIFTY-FIVE (55) FEET to a point; THENCE in a Southerly direction along lands now or formerly of Walter C. Albertson and Jennie Almira Albertson, ONE HUNDRED FORTY-FIVE (145) FEET to the Northerly side of an alley reserved for the use of the adjoining lot owners; THENCE in an Easterly direction along the Northerly side of said alley, FIFTY-FIVE (55) FEET to a point on line of lands now or formerly of Hurley Remley; THENCE in a Northerly direction along said line of lands now or formerly of Hurley Remley, ONE HUNDRED FORTY-FIVE (145) FEET, more or less, to the place of **BEGINNING**, whereon is erected a one story block building.

**RESERVING FROM SAID COVEYANCE, HOWEVER**, for the use of the owners of the property or lands South of the alley dividing the land herein conveyed from lands conveyed or about to be conveyed to John A. Lehn, a right-of-way for the use of said John A. Lehn and his successors in title to the property conveyed or about to be conveyed to him, to lay and construct a water main over and across the property herein conveyed extending from the property conveyed to John A. Lehn along the dividing line between the property herein conveyed and property now or formerly of Hurley Remley, in a Northerly direction to Main Street for the purpose of connecting said tap line with the main water line located in Main Street in the Village of Dewart, with the right of ingress, egress and regress, to lay, construct, maintain and keep in repair said tap line, always at the expense and cost of the said John A. Lehn and his successors in title.

**UNDER AND SUBJECT** to all highway and other rights-of-way and/or easements, whether or not of record.