In re:  Case No. 18-05250-MJC
Robert M Love  Chapter 13
Jody Ann Love
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 5
Date Rcvd: Oct 01, 2021  Form ID: pdf010  Total Noticed: 128

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert M Love, Jody Ann Love, 33 Walnut Lane, Millville, PA 17846-8948 |
| aty | + | John R. Ryan, Kubista and Ryan LLP, PO Box 1, CLEARFIELD, PA 16830-0001 |
| cr | + | Martin and Tami Love, c/o William P. Carlucci, Esq, 125 East Third Street, Williamsport, PA 17701-6622 |
| 5141293 | + | ARTHUR AND MICHELLE LOVE, 159 WASHINGTON STREET, MILTON, PA 17847-1911 |
| 5141292 | + | ARTHUR AND MICHELLE LOVE, 159 WASHINGTON STREET, SUITE 102, MILTON, PA 17847-1911 |
| 5141295 | + | ARTHUR ANDREW LOVE, 159 WASHINGTON STREET, MILTON, PA 17847-1911 |
| 5141294 | + | ARTHUR ANDREW LOVE, 159 WASHINGTON STREET, SUITE 102, MILTON, PA 17847-1911 |
| 5141297 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 15019, WILMINGTON, Delaware 19886-5019 |
| 5141299 | + | BERKLEY NET, PO BOX 535080, ATLANTA, GA 30353-5080 |
| 5141300 | + | BEST VERSION MEDIA, PO BOX 505, BROOKFIELD, WI 53008-0505 |
| 5141302 | | BI-LO SUPPLY, 2087 PA-54, MONTGOMERY, PA 17752 |
| 5141301 | + | BILLTOWN COUNTERTOPS, LLC, 210 WALNUT STREET, WILLIAMSPORT, PA 17701-5925 |
| 5141303 | + | BIZ BOA CREDIT, BUSINESS CARD, PO BOX 15796, WILMINGTON, DE 19886-5796 |
| 5157710 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5147040 | + | Berkheimer, Agent for Pine twp / Millville ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5141307 | + | CONTINENTAL CENTRAL CREDIT INC, 5611 PALMER WAY, SUITE G, CARLSBAD, California 92010-7253 |
| 5141308 | + | CRAVITZ LAW OFFICE, 503 NORTH MARKET STREET, SELINSGROVE, PA 17870-2003 |
| 5141309 | + | CREDIT CONTROL, LLC, PO BOX 546, HAZELWOOD, MO 63042-0546 |
| 5141310 | | CST CO, PO BOX 33127, LOUISVILLE, KY 40232-3127 |
| 5141313 | + | DANIEL K. MATHERS, 416 PINE STREET, SUITE 308, WILLIAMSPORT, Pennsylvania 17701-6227 |
| 5141314 | + | DAVID TROYER, 5281 BUFFALO ROAD, MIFFLINBURG, PA 17844-7831 |
| 5141315 | + | DAVIS, PICKREN, SEYDEL & SNEED, 2300 MARQUIS TWO TOWER, 285 PEACHTREE CENTER AVENUE N.E., ATLANTA, Georgia 30303-1232 |
| 5141317 | | DISCOVER, PO BOX 742655, CINCINATTI, Ohio 45274-2655 |
| 5141319 | + | DIVINE PROVIDENCE HOSPITAL, 1100 GRAMPIAN BLVD, WILLIAMSPORT, Pennsylvania 17701-1995 |
| 5141320 | + | EASTERN SURFACES, 601 S. 10TH STREET, ALLENTOWN, PA 18103-3689 |
| 5141321 | + | ELION, GRIECO, CARLUCCI & SHIPMAN, P.C., 125 EAST THIRD STREET, WILLIAMSPORT, PA 17701-6622 |
| 5141322 | | EOS CCA, PO BOX 981002, BOSTON, MA 02298-1002 |
| 5141324 | + | ERIE INSURANCE LIABILITY AND WORKMAN'S C, 100 ERIE INSURANCE PLACE, ERIE, PA 16530-0001 |
| 5141325 | + | EYER EXCAVATING, 818 CHESTNUT ROAD, MILLVILLE, PA 17846-8603 |
| 5141326 | + | FBCS, INC, 330 S WARMINSTER ROAD, SUITE 353, HATBORO, PA 19040-3433 |
| 5141327 | | FINANCIAL CORPORATION OF AMERICA, PO BOX 203500, AUSTIN, TX 78720-3500 |
| 5141328 | + | FREEDOM MORTGAGE, PO BOX 89486, CLEVELAND, OH 44101-6486 |
| 5141329 | | FREEDOM MORTGAGE, PO BOX 619063, DALLAS, TX 75261-9063 |
| 5150896 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5141330 | | FRIEDMAN ELECTRIC, PO BOX 415958, BOSTON, MA 02241-5958 |
| 5434885 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5141331 | | GEISINGER, PO BOX 27727, NEWARK, NJ 07101-7727 |
| 5141332 | | GEISINGER, 100 NORTH ACADEMY AVE, DANVILLE, PA 17821 |

| | | |
|---|---|---|
| 5141333 | | GEISINGER HEALTHSOUTH REHAB, 2 REHAB LANE, DANVILLE, PA 17821 |
| 5141334 | | HAB-DLT/BERKHEIMER, PO BOX 25153, LEHIGH VALLEY, PA 18002-5153 |
| 5141336 | + | HONEY DIPPERS OF LYCO, 5198 ROUTE 654 HWY, WILLIAMSPORT, PA 17702-8877 |
| 5141339 | + | IRONWOOD FINANCING, 1182 W 2400 S, WEST VALLEY CITY, UT 84119-8509 |
| 5141340 | + | JAKE'S CONTRACTING, 229 E 7TH STREET, WATSONTOWN, PA 17777-1138 |
| 5141341 | + | JASON AND LISA KLEESE, 3362 REEDER ROAD, MONTOURSVILLE, PA 17754-7966 |
| 5141342 | | KAPLIN STEWART MELOFF REITTER & STEIN, P, UNION MEETING CORPORATE CENTER, 910 HARVEST DRIVE, PO BOX 3037, BLUE BELL, PA 19422-0765 |
| 5141343 | + | KEYSTONE BUILDING PRODUCTS, 2585 ROUTE 522, SELINSGROVE, PA 17870-8893 |
| 5141344 | | KEYSTONE CREDIT SERVICES, LLC, PO BOX 218, LEOLA, PA 17540-0218 |
| 5141345 | + | KOHL B.P./SRS DISTRIBUTION, 16687 COLLECTION CENTER DR, CHICAGO, IL 60693-0166 |
| 5141346 | + | KUBISTA & RYAN, LLP, 202 S FRONT STREET, PO BOX 1, CLEARFIELD, Pennsylvania 16830-0001 |
| 5141347 | | LAMONT, HANLEY & ASSOC., INC, PO BOX 179, MANCHESTER, NH 03105-0179 |
| 5141348 | + | LCWSA, PO BOX 186, MONTOURSVILLE, PA 17754-0186 |
| 5141349 | + | LEAD STREAM/WEB.COM, 12808 GRAN BAY PARKWAY, WEST, JACKSONVILLE, FL 32258-4468 |
| 5141350 | + | LEGACY CRAFTED, 5 N. 8TH STREET, MIFFLINBURG, PA 17844-1003 |
| 5141351 | + | LEZZER LUMBER, PO BOX 6424, LANCASTER, Pennsylvania 17607-6424 |
| 5141352 | + | LOVE'S QUALITY CONSTRUCTION, LLC, 159 WASHINGTON STREET, MILTON, PA 17847-1911 |
| 5141353 | + | LOVE'S QUALITY CONSTRUCTION, LLC, 159 WASHINGTON STREET, SUITE 102, MILTON, PA 17847-1911 |
| 5141355 | + | LYCOMING REALTY HOLDING, 300 LYCOMING MALL CIRCLE, PENNSDALE, PA 17756-8072 |
| 5174475 | + | Lezzer Holdings Inc, Kubista & Ryan LLP, PO Box 1, 202 S Front Street, Clearfield, PA 16830-2218 |
| 5161353 | + | Lezzer Lumber Inc, Kubista & Ryan LLP, PO Box 1202 S Front Street, Clearfield, PA 16830-5202 |
| 5141356 | + | MARTIN AND TAMI GOLDER, 1405 HOLMES HOLLOW ROAD, HUGHESVILLE, PA 17737-8219 |
| 5141357 | + | MASSANUTTEN RESORT/WOODSTONE MEADOWS, PO BOX 1227, HARRISONBURG, VA 22803-1227 |
| 5141358 | + | MCCABE, WEISBERG & CONWAY, LLC, 123 SOUTH BROAD STREET, SUITE 1400, PHILADELPHIA, PA 19109-1060 |
| 5141361 | + | MILLER'S SEAMLESS GUTTER, 160 MCNETT ROAD, MONTOGMERY, PA 17752-9446 |
| 5141362 | + | MONTEREY FINANCIAL, 4095 AVIENDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 5141363 | + | MONTERY FINANCIAL SERVICES, INC, 4095 AVENIDA DA LA PLATA, OCEANSIDE, CA 92056-5802 |
| 5141364 | + | MUNCY VALLEY HOSPITAL, 215 E WATER STREET, MUNCY, Pennsylvania 17756-8700 |
| 5141365 | | MUTUAL BENEFIT, 409 PENN STREET, PO BOX 577, HUNTINGDON, PA 16652-0577 |
| 5434884 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5143945 | + | Martin and Tami Golder, c/o William P. Carlucci, 125 East Third Street, Williamsport, PA 17701-6622 |
| 5141366 | + | NATIONAL ENTERPRISE SYSTEMS, 2479 EDISON BLVD, UNIT A, TWINSBURG, Ohio 44087-2476 |
| 5141367 | | NORTHSTAR LOCATION SERVICES, LLC, 4285 GENESEE STREET, CHEEKTOWAGA, NY 14225-1943 |
| 5221403 | ++ | NORTHUMBERLAND COUNTY TAX CLAIM BUREAU, 399 STADIUM DRIVE, SUNBURY PA 17801-3201 address filed with court:, Northumberland County Tax Claim Bureau, 399 Stadium Drive, Sunbury, Pa 17801 |
| 5141370 | + | PA DEPARTMENT OF REVENUE, BUREAU OF COLLECTIONS AND TAXPAYER SERVI, 535 CHESTNUT STREET, SUNBURY, Pennsylvania 17801-2834 |
| 5141371 | + | PARADEE ENTERPRISES INC, 210 WALNUT STREET, WILLIAMSPORT, PA 17701-5925 |
| 5141373 | + | PARR BROWN GEE AND LOVELESS, 101 SOUTH 200 EAST, SUITE 700, SALT LAKE CITY, UT 84111-3105 |
| 5141374 | + | PARR BROWN GEE AND LOVELESS, 101 SOUTH 200 EAST, SUITE 700, SALT LAKE CITY, Utah 84111-3105 |
| 5141375 | + | PENN HILLS FLOORING, 21 KRISTI ROAD, PENNSDALE, PA 17756-8406 |
| 5141376 | + | PLANTATION RESORT VILLAS V ASSOCIATES, I, 1250 HIGHWAY 17 NORTH, SURFSIDE BEACH, SC 29575-6006 |
| 5142356 | + | RHEAM LAW, P.C., 533 NORTH DERR DRIVE, LEWISBURG, PA 17837-1001 |
| 5141378 | + | RODGER'S ROOFING, 44 HONEYSUCKLE DRIVE, BEAVERTOWN, PA 17813-9128 |
| 5141380 | + | SEIDEL & CERO, 48 CRAIG ROAD, DANVILLE, PA 17821-9070 |
| 5141381 | + | SEQUIUM ASSET SOLUTIONS, LLC, 1130 NORTHCHASE PARKWAY, SUITE 150, MARIETTA, GA 30067-6429 |
| 5141382 | + | SETH KILGORE, 1017 PINE TREE ROAD, HUGHESVILLE, PA 17737-8867 |
| 5141383 | | SHERWIN WILLIAMS, 2000 E 3RD STREET, WILLIAMSPORT, PA 17701-4084 |
| 5164831 | + | SRS Distribution Inc. dba Kohl Building Products, 5900 S. Lake Forest Drive, Suite 400, McKinney, TX 75070-2196 |
| 5141386 | #+ | STAHLNECKER'S, 1 SWALLOW COURT, MILTON, PA 17847-9693 |
| 5141387 | | STATE WORKERS INSURANCE FUND, 100 LACKAWANNA AVE, PO BOX 5100, SCRANTON, PA 18505-5100 |
| 5141389 | | TDA, 300 MUNCY STREET, WILKES-BARRE, PA 18702 |
| 5141390 | + | UNITED PLATE GLASS, 4762 STATE ROUTE 890, SUNBURY, PA 17801-6200 |
| 5141392 | + | VITTI & VITTI LAW, 333 ALLEGHENY AVE, SUITE 303, OAKMONT, Pennsylvania 15139-2072 |
| 5141393 | + | WEATHER PROOFING, INC, 2832 SILVER CREEK ROAD, PORT TREVORTON, PA 17864-9431 |
| 5141394 | + | WILLIAM MILLER, 1346 CANADA DRIVE, MILLMONT, PA 17845-9038 |
| 5141395 | + | WOODSTONE MEADOWS, PO BOX 1227, HARRISONBURG, VA 22803-1227 |

TOTAL: 93

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 18:49:23 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5141291 | | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2021 18:44:00 | ALLY FINANCIAL, PO BOX 9001951, LOUISVILLE, KY 40290-1951 |
| 5141296 | + | Email/Text: bnc-capio@quantum3group.com | Oct 01 2021 18:44:00 | ASSETCARE, LLC, PO BOX 1127, SHERMAN, TX 75091-1127 |
| 5154000 | | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2021 18:44:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5141298 | | Email/Text: bankruptcy@bbandt.com | Oct 01 2021 18:44:00 | BB&T, ITEM PROCESSING CENTER, PO BOX 580048, CHARLOTTE, NC 28258-0048 |
| 5142937 | + | Email/Text: bankruptcy@bbandt.com | Oct 01 2021 18:44:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5141304 | + | Email/Text: updates@brennanclark.com | Oct 01 2021 18:44:00 | BRENNAN & CLARK, 721 EAST MADISON STREET, SUITE 200, VILLA PARK, IL 60181-3083 |
| 5141305 | + | Email/Text: bnc-capio@quantum3group.com | Oct 01 2021 18:44:00 | CAPIO PARTNERS, 2222 TEXOMA PARKWAY, SUITE 150, SHERMAN, Texas 75090-2481 |
| 5141306 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 19:02:34 | CITI CARD, PO BOX 790040, ST. LOUIS, MO 63179-0040 |
| 5141316 | | Email/Text: G06041@att.com | Oct 01 2021 18:44:00 | DIRECTV, PO BOX 78626, PHOENIX, Arizona 85062-8626 |
| 5141318 | | Email/Text: mrdiscen@discover.com | Oct 01 2021 18:44:00 | DISCOVER, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5142994 | | Email/Text: mrdiscen@discover.com | Oct 01 2021 18:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5141323 | + | Email/Text: bankruptcy@erieinsurance.com | Oct 01 2021 18:44:00 | ERIE INSURANCE CO, 100 ERIE INSURANCE PLACE, ERIE, Pennsylvania 16530-0001 |
| 5141335 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 18:49:25 | HOME DEPOT, PO BOX 9001030, LOUISVILLE, KY 40290-1030 |
| 5141354 | | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 18:49:21 | LOWE'S CREDIT, PO BOX 530954, ATLANTA, GA 30353-0954 |
| 5141359 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2021 18:44:00 | MIDLAND CREDIT MANAGEMENT, INC, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, California 92108-2709 |
| 5141360 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2021 18:44:00 | MIDLAND CREDIT MANAGEMENT, INC, PO BOX 51319, LOS ANGELES, CA 90051-5619 |
| 5157102 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2021 18:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5141368 | | Email/PDF: cbp@onemainfinancial.com | Oct 01 2021 18:49:23 | ONE MAIN FINANCIAL, PO BOX 742536, CINCINNATI, OH 45274-2536 |
| 5141369 | | Email/PDF: cbp@onemainfinancial.com | Oct 01 2021 18:49:21 | ONEMAIN, 1723 E 3RD STREET, WILLIAMSPORT, PA 17701-3847 |
| 5150609 | | Email/PDF: cbp@onemainfinancial.com | Oct 01 2021 18:49:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5141372 | | Email/Text: clientservices@paramountrecovery.com | Oct 01 2021 18:44:00 | PARAMOUNT RECOVERY SYSTEMS, LP, PO BOX 23369, WACO, TX 76702-3369 |
| 5141377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 18:49:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, PO BOX 12914, NORFOLK, VA 23541 |
| 5247750 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2021 18:49:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5247751 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2021 18:49:21 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5141651 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 01 2021 18:49:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5147674 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2021 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5144928 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2021 18:44:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5141379 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 01 2021 18:44:00 | SALLIE MAE, PO BOX 8377, PHILADELPHIA, PA 19101-8377 |
| 5141384 | | Email/Text: mbondaruk@snapadvances.com | Oct 01 2021 18:44:00 | SNAP ADVANCES, LLC, 1182 W 2400 S, WEST VALLEY CITY, UT 84119 |
| 5141385 | | Email/Text: mbondaruk@snapadvances.com | Oct 01 2021 18:44:00 | SNAPADVANCES, 1182 W 2400 S, WEST VALLEY CITY, Utah 84119 |
| 5141388 | | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 18:49:23 | SYNCHRONY BANK/ SYCHRONY HOME, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5164221 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 01 2021 18:44:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 5141391 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 01 2021 18:44:00 | | VERIZON WIRELESS, BANKRUPTCY ADMINISTRATION, PO BOX 3397, BLOOMINGTON, Illinois 61702-3397 |
| 5160394 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 01 2021 18:49:25 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5141338 | | CINCINNATI, Ohio 45999-0030 |
| 5141337 | | INTERNAL REVENUE SERVICE, ADDRESS REMOVED PER ENTRY 14 |
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Martin and Tami Golder, 1405 Holmes Hollow Road, Hughesville, PA 17737-8219 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5160300 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5141312 | ##+ | CUSTOM HOME AND REMODELING CENTER, 300 LYCOMING MALL CIRCLE, MUNCY, PA 17756-8076 |
| 5141311 | ##+ | CUSTOM HOME AND REMODELING CENTER, 300 LYCOMING MALL CIRCLE, SUITE 102, MUNCY, PA 17756-8076 |

TOTAL: 2 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel J. Rheam | on behalf of Debtor 1 Robert M Love court@rheamlaw.com |
| Daniel J. Rheam | on behalf of Debtor 2 Jody Ann Love court@rheamlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Peter E Meltzer | on behalf of Creditor BRANCH BANKING & TRUST COMPANY bankruptcy@wglaw.com ibernatski@wglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| Robert Joseph Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Philip Carlucci | on behalf of Creditor Martin and Tami Love wcarlucci@elionlaw.com wcarlucci@elionwayne.com |
| William Philip Carlucci | on behalf of Creditor Martin and Tami Golder wcarlucci@elionlaw.com wcarlucci@elionwayne.com |

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Robert M Love

                               Debtor 1

Jody Ann Love, aka Jody A Love

                               Debtor 2

Chapter: 13
Case No.: 5:18-bk-05250-MJC

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

**ORDERED** that this case is dismissed.

Dated: September 30, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)

Order Dismissing Case – Revised 4/18