UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
WILKES BARRE DIVISION

In re: ROBERT M LOVE § Case No. 5:18-bk-05250
JODY ANN LOVE §
§
Debtor(s) §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 12/14/2018.

2) The plan was confirmed on 12/23/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/03/2021.

5) The case was dismissed on 09/30/2021.

6) Number of months from filing or conversion to last payment: 33.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| **Receipts:** | | | | | |
| Total paid by or on behalf of the debtor(s) | | | $ 39,600.00 | | |
| Less amount refunded to debtor(s) | | | $ 1,143.32 | | |
| **NET RECEIPTS** | | | | | $ 38,456.68 |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $ 2,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 3,038.40 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,538.40 |
| Attorney fees paid and disclosed by debtor(s): | $ 2,500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DANIEL J. RHEAM, ESQUIRE | Lgl | 0.00 | NA | NA | 2,500.00 | 0.00 |
| DANIEL J. RHEAM, ESQUIRE | Pri | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 |
| BRANCH BANKING & TRUST | Sec | 0.00 | 80,782.99 | 0.00 | 0.00 | 0.00 |
| DISCOVER | Uns | 18,059.67 | 18,059.67 | 18,059.67 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 518.12 | 56.59 | 56.59 | 0.00 | 0.00 |
| MARTIN AND TAMI GOLDER | Pri | 0.00 | 35,000.00 | 5,700.00 | 584.30 | 0.00 |
| MARTIN AND TAMI GOLDER | Uns | 35,000.00 | 35,000.00 | 29,300.00 | 0.00 | 0.00 |
| BERKHEIMER TAX | Pri | 363.49 | 415.45 | 415.45 | 42.59 | 0.00 |
| COMMONWEALTH OF | Pri | 1,711.00 | 1,567.68 | 1,457.41 | 149.40 | 0.00 |
| COMMONWEALTH OF | Uns | 0.00 | 1,567.68 | 110.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,248.30 | 928.47 | 928.47 | 0.00 | 0.00 |
| FREEDOM MORTGAGE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Sec | 14,447.66 | 13,801.09 | 695.85 | 680.53 | 0.00 |
| ALLY FINANCIAL | Sec | 7,890.16 | 7,513.97 | 584.79 | 324.10 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 643.88 | 643.88 | 643.88 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1,876.97 | 1,876.76 | 1,876.76 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 745.11 | 745.11 | 745.11 | 0.00 | 0.00 |
| JASON AND LISA KLEESE | Uns | 10,627.75 | 18,050.06 | 18,050.06 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AIS PORTFOLIO SERVICE, LP | Uns | 214.74 | 178.51 | 178.51 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 9,431.71 | 9,541.09 | 7,767.20 | 796.20 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 9,541.09 | 1,773.89 | 0.00 | 0.00 |
| LEZZER HOLDINGS INC | Uns | 0.00 | 12,994.95 | 12,994.95 | 0.00 | 0.00 |
| KEYSTONE BUILDING PRODUCTS | Uns | 18,254.71 | 18,254.71 | 18,254.71 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,171.50 | 2,920.77 | 2,920.77 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 2,303.15 | 1,824.56 | 1,824.56 | 0.00 | 0.00 |
| SRS DISTRIBUTION INC | Uns | 0.00 | 35,678.82 | 35,678.82 | 0.00 | 0.00 |
| SNAP ADVANCES, LLC | Uns | 69,795.73 | 69,795.73 | 69,795.73 | 0.00 | 0.00 |
| LEZZER HOLDINGS INC | Sec | 11,556.44 | 12,994.95 | 0.00 | 0.00 | 0.00 |
| NORTHUMBERLAND COUNTY TAX | Sec | 0.00 | 5,473.26 | 0.00 | 0.00 | 0.00 |
| NORTHUMBERLAND COUNTY TAX | Sec | 0.00 | 1,177.02 | 0.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE | Sec | 159,059.38 | 163,839.09 | 30,341.16 | 30,341.16 | 0.00 |
| BB&T | Sec | 71,596.93 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL | Sec | 8,373.17 | NA | NA | 0.00 | 0.00 |
| BERKLEY NET | Uns | 17,488.00 | NA | NA | 0.00 | 0.00 |
| BEST VERSION MEDIA | Uns | 5,072.40 | NA | NA | 0.00 | 0.00 |
| BILLTOWN COUNTERTOPS | Uns | 3,195.44 | NA | NA | 0.00 | 0.00 |
| BI-LO SUPPLY | Uns | 7,567.69 | NA | NA | 0.00 | 0.00 |
| BIZ BOA CREDIT | Uns | 6,317.48 | NA | NA | 0.00 | 0.00 |
| DAVID TROYER | Uns | 3,750.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 298.41 | NA | NA | 0.00 | 0.00 |
| DIVINE PROVIDENCE HOSPITAL | Uns | 500.29 | NA | NA | 0.00 | 0.00 |
| EASTERN SURFACES | Uns | 431.00 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE | Uns | 22,488.12 | NA | NA | 0.00 | 0.00 |
| EYER EXCAVATING | Uns | 9,000.00 | NA | NA | 0.00 | 0.00 |
| FRIEDMAN ELECTRIC | Uns | 2,093.64 | NA | NA | 0.00 | 0.00 |
| GEISINGER | Uns | 750.08 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 3,255.49 | NA | NA | 0.00 | 0.00 |
| HONEY DIPPERS OF LYCO | Uns | 519.40 | NA | NA | 0.00 | 0.00 |
| IRONWOOD FINANCING | Uns | 69,813.00 | NA | NA | 0.00 | 0.00 |
| JAKES CONTRACTING | Uns | 1,533.33 | NA | NA | 0.00 | 0.00 |
| KOHL BP SUS DISTRIBUTION | Uns | 30,941.57 | NA | NA | 0.00 | 0.00 |
| LCWSA | Uns | 1,673.65 | NA | NA | 0.00 | 0.00 |
| LEAD STREAM/WEB.COM | Uns | 599.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| LEGACY CRAFTED | Uns | 11,172.01 | NA | NA | 0.00 | 0.00 |
| LOWES | Uns | 7,892.86 | NA | NA | 0.00 | 0.00 |
| LYCOMING REALTY | Uns | 5,700.00 | NA | NA | 0.00 | 0.00 |
| MASSANUTTEN RESORT/ | Uns | 1,753.17 | NA | NA | 0.00 | 0.00 |
| MILLERS SEAMLESS GUTTER | Uns | 1,964.81 | NA | NA | 0.00 | 0.00 |
| MUTUAL BENEFIT | Uns | 677.80 | NA | NA | 0.00 | 0.00 |
| PENN HILLS FLOORING | Uns | 17,281.92 | NA | NA | 0.00 | 0.00 |
| PLANTATION RESORT VILLAS | Uns | 966.00 | NA | NA | 0.00 | 0.00 |
| ROGERS ROOFING | Uns | 3,096.00 | NA | NA | 0.00 | 0.00 |
| SEIDEL & CERO | Uns | 7,092.00 | NA | NA | 0.00 | 0.00 |
| SETH KILGORE | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| SHERWIN WILLIAMS | Uns | 813.22 | NA | NA | 0.00 | 0.00 |
| STAHLNECKERS | Uns | 911.60 | NA | NA | 0.00 | 0.00 |
| STATE WORKERS INSURANCE | Uns | 29,841.00 | NA | NA | 0.00 | 0.00 |
| TDA | Uns | 3,580.93 | NA | NA | 0.00 | 0.00 |
| UNITED PLATE GLASS | Uns | 2,520.00 | NA | NA | 0.00 | 0.00 |
| WEATHER PROOFING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM MILLER | Uns | 5,253.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 30,341.16 | $ 30,341.16 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,280.64 | $ 1,004.63 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 31,621.80 | $ 31,345.79 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 15,340.06 | $ 1,572.49 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 15,340.06 | $ 1,572.49 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 213,192.75 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,538.40 |
| Disbursements to Creditors | $ 32,918.28 |
| **TOTAL DISBURSEMENTS:** | $ 38,456.68 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 01/05/2022     By: s/ Jack N. Zaharopoulos
                         STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)