**Fill in this information to identify the case:**

Debtor 1: ROBERT M LOVE

Debtor 2: JODY ANN LOVE A/K/A JODY A LOVE
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case Number: 5:18-bk-05250-RNO

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no. (if known):** 9

**Last 4 digits** of any number you use to identify the debtor's account: 0243

**Date of payment change:** 12/01/2019
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any $1,435.05

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $393.55   **New escrow payment:** $401.19

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why:

   **Current interest rate:** ____%   **New interest rate:** ____%

   **Current principal and interest payment:** ____   **New principal and interest payment:** ____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: ____

   **Current mortgage payment:** ____   **New mortgage payment:** ____

| Debtor 1 | ROBERT M LOVE | Case Number (if known) | 5:18-bk-05250-RNO |
|---|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Robert J. Davidow, Esquire
    Signature

Date: November 4, 2019

Print: Robert J. Davidow, Esq., Id. No.321821
    First Name   Middle Name   Last Name

Title: Attorney

Company: Phelan Hallinan Diamond & Jones, LLP

Address: 1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone: 215-563-7000

Email: Robert.Davidow@phelanhallinan.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2

Case 5:18-bk-05250-RNO    Doc    Filed 11/04/19    Entered 11/04/19 17:42:06    Desc
Main Document    Page 2 of 2